IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00388-DDD-SBP

EREKLE KIKILASHVILI,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, Acting U.S. Attorney General;
GEORGE VALDEZ, Denver Field Office Director, U.S. Immigration and Customs
Enforcement; and
JUAN BALTAZAR, Warden, Aurora Contract Detention Center,

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Writ of Habeas Corpus, filed June 29, 2026, and the Order, entered July 9, 2026 by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Court's Order to Show Cause, Doc. 4, is DISCHARGED, and the petitioner's request for a writ of habeas corpus is DENIED. It is further

1

ORDERED that judgment is hereby entered in favor of Respondents, Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd Blanche, Acting U.S. Attorney General; George Valdez, Denver Field Office Director, U.S. Immigration and Customs Enforcement; and Juan Baltazar, Warden, Aurora Contract Detention Center, and against Petitioner, Erekle Kikilashvili.

DATED at Denver, Colorado this 9th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk

2